FILED
 2019 Jun-04 PM 04:05
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HEYDI GONZALEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:18-cv-0825-LCB |
| ) | |
| RKN HOSPITALITY , et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This action is before the Court on the parties' "Joint Motion to Approve FLSA Settlement." (Doc. 27). Because this case was filed under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA"), court approval of the settlement is required. *See Nall v. Mal-Motels, Inc*., 723 F.3d 1304, 1306 (11th Cir. 2013) (*quoting Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982)) (holding that, in order to effect a settlement of an FLSA claim, "the parties may 'present to the district court a proposed settlement' and 'the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.'"). On May 30, 2019, the parties filed with the Court a copy of their settlement agreement. Upon careful consideration of the terms of the parties' settlement, the Court is satisfied that the parties have reached a fair and reasonable resolution of plaintiff's claims. Accordingly, the motion for approval of settlement

is **GRANTED**, and the settlement is **APPROVED**.  Costs are taxed as paid, and the Clerk is further directed to close this file.

**DONE** and **ORDERED** June 3, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE